UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO ALDANA and SCOTT GALLIE, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>GAMESTOP, INC.,<br><br>       Defendant. | Case No. 22-cv-07063-VSB<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint dated October 21, 2022, and all prior pleadings, papers, and proceedings in this matter, Defendant GameStop, Inc. ("GameStop"), by and through its undersigned counsel, moves this Court before the Honorable Vernon S. Broderick, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order dismissing Plaintiffs' Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: October 21, 2022                                Respectfully submitted,

                                                                  By: /s/ Sheri B. Pan
                                                                      Sheri B. Pan
                                                                      ZWILLGEN PLLC
                                                                      183 Madison Avenue, Suite 1504
                                                                      New York, NY 10016
                                                                      Telephone: (646) 362-5590
                                                                      sheri@zwillgen.com

                                                                      Marc Zwillinger (*pro hac vice* forthcoming)
                                                                      Jeffrey Landis
                                                                      ZWILLGEN PLLC
                                                                      1900 M Street NW, Suite 250
                                                                      Washington, DC 20036
                                                                      Telephone: (202) 296-3585
                                                                      Facsimile: (202) 706-5298
                                                                      marc@zwillgen.com
                                                                      jeff@zwillgen.com

                                                                      *Counsel for Defendant*