UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO ALDANA and SCOTT GALLIE, individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>                v.<br><br>GAMESTOP, INC.,<br><br>                              Defendant. | Case No. 22-cv-07063-VSB<br><br><br>ORAL ARGUMENT REQUESTED |

## <u>NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT</u>

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss Plaintiffs' First Amended Class Action Complaint dated November 4, 2022 and all prior pleadings, papers, and proceedings in this matter, Defendant GameStop, Inc. ("GameStop") by and through its undersigned counsel moves this Court before the Honorable Vernon S. Broderick, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order dismissing Plaintiffs' First Amended Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: November 18, 2022                    Respectfully submitted,

By: _/s/ Sheri B. Pan_____
    Sheri B. Pan
    ZWILLGEN PLLC
    183 Madison Avenue, Suite 1504
    New York, NY 10016
    Telephone: (646) 362-5590
    sheri@zwillgen.com

    Marc Zwillinger (*pro hac vice* forthcoming)
    Jeffrey Landis
    ZWILLGEN PLLC
    1900 M Street NW, Suite 250
    Washington, DC 20036
    Telephone: (202) 296-3585
    Facsimile: (202) 706-5298
    marc@zwillgen.com
    jeff@zwillgen.com

    *Counsel for Defendant*