UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEJANDRO ALDANA and SCOTT GALLIE,

                Plaintiffs,          **22-CV-7063**

      -against-          **ORDER CANCELING INITIAL CASE MANAGEMENT CONFERENCE**

GAMESTOP, INC.,

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The Initial Case Management Conference in this matter is hereby canceled. The Court will re-schedule once the Answer to the Amended Complaint has been filed.

    **SO ORDERED.**

DATED:    New York, New York
               April 18, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge