UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO ALDANA and SCOTT GALLIE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GAMESTOP, INC.,<br><br>    Defendant. | Case 1:22-cv-07063-LTS-VF<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Alejandro Aldana and Scott Gallie, and Defendant GameStop, Inc. hereby stipulate and agree to the dismissal of this action, without prejudice, as to Plaintiffs' claims against Defendant. Each party shall bear its own fees and costs.

Dated: January 6, 2025

Defendant GameStop, Inc.

By: _____
Marc Zwillinger (*pro hac vice*)
Jeffrey Landis
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
marc@zwillgen.com
jeff@zwillgen.com

Plaintiffs Alejandro Aldana and Scott Gallie

By: _____
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
Telephone: (646) 837-7150
pfraietta@bursor.com